IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BARBARA BARRICK as Special Administrator of the Estate of Bobby Dale Barrick,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BOARD OF COUNTY COMMISSIONERS OF MCCURTAIN COUNTY, OKLAHOMA, et al.,**<br><br>**Defendants.** | Case No. 23-CV-129-JFH-GLJ |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 48. The Magistrate Judge recommends that the Motion to Dismiss filed by Defendant Board of County Commissioners of McCurtain County, Oklahoma [Dkt. No. 22] be granted.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendant Board of County Commissioners of McCurtain County, Oklahoma's Motion to Dismiss [Dkt. No. 22] is GRANTED and the claims against Defendant Board of County Commissioners of McCurtain County, Oklahoma are DISMISSED without prejudice.

IT IS SO ORDERED this 19th day of October 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE