IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

BARBARA BARRICK as Special Administrator of the Estate of Bobby Dale Barrick,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF MCCURTAIN COUNTY, OKLAHOMA, et al.,

    Defendants.

Case No. 23-CV-129-JFH-GLJ

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 91. The Magistrate Judge recommends that the Motion for Judgment on the Pleadings filed by Defendant Mark Hannah, Oklahoma [Dkt. No. 54] be denied.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendant Mark Hannah's Motion for Judgment on the Pleadings [Dkt. No. 54] is DENIED.

IT IS SO ORDERED this 29th day of April 2024[1].

                                                                    JOHN F. HEIL, III
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] Defendant Mark Hannah filed a Notice advising the Court that he did not object to the Magistrate Judge's Report and Recommendation. Dkt. No. 98. There have been no other filings related to the Report and Recommendation and the time for objections has now expired.