**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BARBARA BARRICK, as Special Administrator of the ESTATE OF BOBBY DALE BARRICK, deceased,<br><br>Appellant / Plaintiff<br><br>v.<br><br>DEPUTY MATTHEW KASBAUM; DEPUTY QUENTIN LEE; and, WARDEN MARK HANNAH,<br><br>Appellees / Defendants. | Case No. 23-CV-00129-JFH-GLJ |

**RESPONSE OF DEFENDANT MARK HANNAH TO PLAINTIFF'S OPPOSED MOTION TO REOPEN AND FOR ENTRY OF A POST-REMAND SCHEDULING ORDER**

In light of the significant Tenth Circuit decisions issued after the original summary judgment briefing in this case had concluded, including *Martinez v. City of Aurora*, 174 F.4th 745 (10th Cir. 2026) and *Walden v. City of Duncan*, 186 F.4th 1190 (10th Cir. 2026), when further briefing on the color of law issue occurs in this case, the parties should be permitted to file completely new motions on that issue and to submit new or additional evidentiary material with those motions without any limitation Plaintiff's Motion to Reopen (Doc. 247) might suggest. This is necessary in order to allow the parties to set forth the evidence that is material in light of the new legal authorities. For example, it now appears that an officer's subjective belief as to whose authority he is acting under may be relevant to the color of law question at issue in this case. The parties should be permitted to address this and other such issues by way of completely new motions and new evidentiary material.

Respectfully submitted,

*s/ Devan Pederson*
**DEVAN PEDERSON, OBA# 16576**
Senior Assistant Attorney General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Telephone: 405.521.3921
Email: devan.pederson@oag.ok.gov
*Attorney for Defendant Mark Hannah*